# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM M. BRYSON, JR.,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>SUSAN B. GERSON, et al,<br><br>　　　　　Defendants. | Case No. 1:13-CV-01979-LJO-SMS<br><br>ORDER DIRECTING PLAINTIFF TO PAY FILING FEE OR TO FILE APPLICATION TO PROCEED *IN FORMA PAUPERIS* |

　　　　On December 2, 2013, Plaintiff William M. Bryson, Jr., filed the above-entitled action. He failed to include either the $350.00 filing fee or an application to proceed *in forma pauperis*. The Court cannot proceed to screen his complaint until Plaintiff has either submitted the filing fee or his application to proceed *in forma pauperis*, that is, without paying the fee, has been approved.

　　　　For Plaintiff's information, the Court notes that even if a prisoner is permitted to proceed *in forma pauperis*, he or she must nonetheless pay the statutory filing fee of $350.00. 28 U.S.C. § 1915(b)(1). Under the statute, he or she is obligated to make monthly payments equal to the amount of twenty percent (20%) of the previous month's income credited to his prison trust account. The Bureau of Prisons is required to send to the Clerk of Court payments from Plaintiff's account each time the amount in the account exceeds $10.00, until the statutory filing fee is paid in full. 28 U.S.C. § 1915(b)(2).

　　　　Accordingly, the Court hereby ORDERS Plaintiff to pay to the Clerk of Court the $350.00 filing fee or to submit to the Court a fully completed petition to proceed *in forma pauperis*. The fee or petition shall be submitted within thirty (30) days of this order. In the event that Plaintiff fails to

submit either the filing fee or a fully completed petition to proceed *in forma pauperis*, this Court may dismiss this case without further notice.

The Clerk of Court is directed to mail this order to Plaintiff along with a form of petition for a prisoner to proceed *in forma pauperis.*

IT IS SO ORDERED.

Dated: **December 11, 2013**          **/s/ Sandra M. Snyder**
                                UNITED STATES MAGISTRATE JUDGE

2