# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM M. BRYSON, JR., <br><br> Plaintiff, <br><br> v. <br><br> SUSAN B. GERSON, et al., <br><br> Defendants. | Case No. 1:13-CV-01979-LJO-SMS <br><br> ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS* <br><br><br> (Doc. 3) |

Plaintiff William M. Bryson, Jr., a prisoner proceeding *pro se* pursuant to 42 U.S.C. § 1983, has requested leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Because Plaintiff has made the showing required by § 1915(a), the Court grants his motion to proceed *in forma pauperis*.

Plaintiff must nonetheless pay the statutory filing fee of $400.00 for this action. 28 U.S.C. § 1915(b)(1). Under the statute, he is obligated to make monthly payments equal to the amount of twenty percent (20%) of the previous month's income credited to his prison trust account. The Bureau of Prisons is required to send to the Clerk of Court payments from Plaintiff's account each time the amount in the account exceeds $10.00, until the statutory filing fee is paid in full. 28 U.S.C. § 1915(b)(2).

///

Accordingly, the Court hereby ORDERS:

1. Plaintiff's application to proceed *in forma pauperis* is GRANTED.

2. **The Director of the United States Bureau of Prisons or his designee shall collect payments from Plaintiff's prison trust account in an amount equal to twenty percent (20%) of the preceding month's income credited to Plaintiff's trust account and shall forward those payments to the Clerk of Court each time the amount in the account exceeds $10.00, in accordance with 28 U.S.C. § 1915(b)(2), until a total of $400.00 has been collected and forwarded to the Clerk of Court.  The payments shall be clearly identified by the name and number assigned to this action.**

3. The Clerk of Court is directed to serve a copy of this order and a copy of Plaintiff's *in forma pauperis* application on the Director of the Bureau of Prisons via the Court's electronic case filing system (CM/ECF).

4. The Clerk of Court is directed to serve a copy of this order on the Financial Department, U.S. District Court, Eastern District of California, Fresno Division.

5. The Clerk of Court shall not issue new case or service documents until the complaint has been screened in accordance with 28 U.S.C. § 1915A.

IT IS SO ORDERED.

Dated:   **January 15, 2014**              **/s/ Sandra M. Snyder**
                                            UNITED STATES MAGISTRATE JUDGE

2